IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI

| | | |
|---|---|---|
| J. BENNETT, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 5:20-cv-06145-DGK |
| | ) | |
| v. | ) | |
| | ) | |
| SEALED AIR CRYOVAC, INC. | ) | |
| A/K/A CRYOVAC, INC. | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

COMES NOW, counsel, Kevin Baldwin and Eric Vernon of Baldwin & Vernon, LLC and hereby notifies the court under Federal Rue of Civil Procedure 41, et. seq., of the voluntary dismissal of the above-styled action **with prejudice** against all named defendants, each party to bear own costs.

Respectfully submitted,
By: /s/ **Kevin Baldwin**
Kevin Baldwin, MO Bar No. 49101
Eric E. Vernon, MO Bar No. 47007
Sylvia Hernandez, MO Bar No. 70670
Robin Koogler, MO Bar No. 71979
**BALDWIN & VERNON**
108 S Pleasant St.,
Independence MO 64068
Tel: (816) 842-1102
Fax: (816) 842-1104
Kevin@bvalaw.net
Eric@bvalaw.net
Sylvia@bvalaw.net
Robin@bvalaw.net

**ATTORNEYS FOR PLAINTIFF**

# CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing was sent via CM/ECF electronic filing this 18th day of February 2021, to:

**CONSTANGY, BROOKS, SMITH & PROPHETE, LLP**

Virginia L. Woodfork
600 17th Street, Suite 2700S
Denver, CO 80202
Telephone: 720-343-7533
Facsimile: 720-343-7573
vwoodfork@constangy.com

Donald S. Prophete
Charles Eberhardt
2600 Grand Boulevard, Suite 750
Kansas City, MO 64108
Telephone: 816-472-6400
Facsimile: 816-256-5536
dprophete@constangy.com

ATTORNEYS FOR DEFENDANT

                                       BY:    <u>**/s/ *Kevin Baldwin***</u>
                                                    Kevin Baldwin, Attorney for Plaintiff